JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bernarlinda Nazaret Centeno Rodriguez,<br>Petitioner,<br>v.<br>Joshua Johnson et al,<br>Respondents. | Case No. 5:26-cv-05891-AYP<br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: October 15, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE